# United States District Court

WESTERN DISTRICT OF WASHINGTON

KELLI L. ROGERS

    v.

MICHAEL J. ASTRUE, Commissioner
 of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5675RBL

☐  **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

 THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

The matter is therefore REVERSED and REMANDED to the Administration for further consideration.


 June 20, 2011                 WILLIAM M. McCOOL
Date                         Clerk


                        *s/CM Gonzalez*
                        Deputy Clerk