UNITED STATES MAGISTRATE JUDGE J. RICHARD CREATURA
UNITED STATES DISTRICT COURT JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KELLI L. ROGERS,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | CASE NO. C10-5675-RBL<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S APPLICATION FOR COSTS AND ATTORNEY FEES |

Pursuant to 28 U.S.C. § 2412 and upon consideration of Plaintiff's Petition for Costs and Fees, it is hereby ORDERED that costs in the amount of $350.00 and attorney fees in the amount of $5,149.60 be awarded to plaintiff.

DATED this ____7th____ day of ____September____, 2011.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

TODD R. RENDA, ATTORNEY AT LAW

s/ Todd R. Renda
WSBA# 20779
Attorney for plaintiff

ORDER GRANTING PETITION
FOR COSTS AND FEES

TODD R. RENDA
ATTORNEY AT LAW
6314 19th St. West, Suite 21
Tacoma, Washington 98466-6223
(253) 566-6701
FAX (253) 565-0705